■ JOAN N. BROADNAX et al., v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION.—Motion for enlargement of time denied, with leave to renew upon a showing of merit to the appeal. *(Zetlin v Hanson Holdings,* 63 AD2d 878.)* Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Ross, JJ.

------

## (July 24, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL RIVERA, Also Known as SHORTY, Appellant.—Judgment, Supreme Court, New York County, rendered on June 21, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Yesawich, JJ.